UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES, and MICHAEL J. FORDE, AS EXECUTIVE
SECRETARY-TREASURER, DISTRICT COUNCIL FOR
NEW YORK CITY AND VICINITY, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA,

                07 CV 10932 (JSR)
                ECF CASE

                **NOTICE OF MOTION**

                            Plaintiffs,

        -against-

EAST COAST WINDOW INSTALLERS INC.,

                            Defendant.
-------------------------------------------------------------------X
C O U N S E L :


      PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on

January 30, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and

proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court

before the Honorable Jed S. Rakoff, United States District Court Judge at the United States Courthouse,

Southern District of New York, located at 500 Pearl Street, Courtroom 14-B, New York, New York

10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default

judgment, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        January 30, 2008

                                        Yours, etc.,

                                        O'DWYER & BERNSTIEN, LLP

                                By:     _____
                                        ANDREW GRABOIS, ESQ.
                                        Attorney for Plaintiffs
                                        52 Duane Street, 5th Floor
                                        New York, New York 10007
                                        (212) 571-7100


TO:     East Coast Window Installers Inc.
        1280 Southern Road
        York, PA 17403